UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  
PATRICIA MOORE  
DEBTOR

CHAPTER 13 PROCEEDING:  
06-20177-C-13

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Mar 23, 2006.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following Debtor at the address listed below.

   PATRICIA MOORE  
   305 E REAGAN APT A  
   BEEVILLE, TX  78102

5. As a result, funds owed to the Debtor in the amount of $502.87 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, December 21, 2009

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78478  
(361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| PATRICIA MOORE | 06-20177-C-13 |
| DEBTOR | |

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Dec 21, 2009, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| PATRICIA MOORE | WILLIAM A WHITTLE |
| 305 E REAGAN APT A | 5151 FLYNN PKWY STE 308 |
| BEEVILLE, TX  78102 | CORPUS CHRISTI, TX  78411 |